**JAMES R. GREINER, ESQ.**
CALIFORNIA STATE BAR NUMBER 123357
**LAW OFFICES OF JAMES R. GREINER**
555 UNIVERSITY AVENUE, SUITE 290
SACRAMENTO, CALIFORNIA 95825
TELEPHONE: (916) 649-2006
FAX: (916) 920-7951

ATTORNEY FOR DEFENDANT
CHANPHENG SOUNDARA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 2:07-cr-00465-MCE |
| PLAINTIFF, ) | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE TO APRIL 3, 2008 |
| v. ) | |
| CHANPHENG SOUNDARA, et al, , ) | |
| DEFENDANTS. ) | |
| _____ ) | |

Plaintiff, the United States of America, by its counsel, Assistant United States Attorneys, Mr. Michael Beckwith, and defendant, Thong Tran, represented by Assistant Federal Defender, Mr. Ned Smock and defendant Chanpheng Soundara represented by Mr. James R. Greiner, hereby stipulate and agree that the status conference calendared for Thursday, February 21, 2008, at 9:00 a.m., before the Honorable United States District Court Judge, Morrison C. England, Jr., shall be continued to Thursday, April 3, 2008, at 9:00 a.m..

Ms. Stephaine Deutsch, the Court's courtroom deputy clerk, was contacted by counsel to check the proposed date and the date of Thursday, April 3, 2008, was open and available for the Court for a further status hearing date. No trial date has been set. The defendants are in custody.

1

## STATUS OF THE CASE TO DATE

On October 11, 2007, the government filed an Indictment against the two defendants, Chanpheng Soundara aka Sayathy Khamsouck and Thong Tran. In Count one (1) the government alleges that both defendants violated Title 21 U.S.C. section 846 and 841(a)(1), conspiracy to manufacture over 1,000 plants of marijuana. The government alleged Champheng Soundara aka Sayathy Khamsouck has a prior felony conviction for a drug offense which became final in Fresno County, California, in 2001. In Count two (2) the government alleges that both defendants violated Title 21 U.S.C. section 841(a)(1) manufacturing over 1,000 plants of Marijuana. The government again alleged Champheng Soundara aka Sayathy Khamsouck has a prior felony conviction for a drug offense which became final in Fresno County, California, in 2001.

The potential penalties facing the defendants are as follows: On Count one for Chanpheng Soundara aka Sayathy Khamsouck not less than 20 years to life imprisonment (due to the prior drug conviction) or not more than $8,000,000 fine or both and at least ten (10) years of supervised release. As to Thong Tran on count one (1) not less than ten (10) years to life imprisonment or not more than $4,000,000 fine or both and at least five (5) years of supervised release. On count two for Chanpheng Soundara aka Sayathy Khamsouck not less than 20 years to life imprisonment (due to the prior drug conviction) or not more than $8,000,000 fine or both and at least ten (10) years of supervised release. As to Thong Tran on count two not less than ten (10) years to life imprisonment or not more than $4,000,000 fine or both and at least five (5) years of supervised release. Each count has for each defendant a penalty assessment of $100.

The case has not been set for motions or for trial.

The defendants made their first appearance in this magistrate court on November 9, 2007.

## DISCOVERY TO DATE

The government has provided discovery to the defense which indicates that the case is out of Butte County located north east of Yuba City and south west of Oroville in the Sierra Nevada Mountains. The clients both speak a language different than English which will require all of the discovery to be read by an interpreter. In addition, because of the difference in languages that counsel and the clients speak, there will be the need to educate the clients about the Federal criminal system including, but not limited to, the court process, what discovery means, the Federal rules of procedure and evidence, what the government has as evidence in the case, what the Federal Sentencing guidelines are and what they mean, what a jury trial is, what it means to attempt to negociate with the government, what a plea agreement is all about and what judgment and sentencing means in the Federal criminal system.

The government is in the process of producing a video tape of the area that allegedly has depictions of people at the alleged scene. The defense has not seen this video tape and needs time to review it with their respective clients. In addition, investigation is in the early stages of this case.

## SPEEDY TRIAL ACT-EXCLUSION OF TIME

The parties agree and stipulate the Court can find an exclusion of time from the Speedy Trial Act, Title 18 U.S.C. section 3161, et seq., based on the need for counsel for the defense to adequately and effectively have sufficient time to prepare the case, taking into account the exercise of due diligence and the need of counsel to have an interpreter at all times in this case to communicate with the respective clients pursuant to Title 18 U.S.C. section 3161(h)(8)(B)(ii) and Local Code T-4 for reasonable time necessary for effective preparation by counsel; the parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial, Title 18 U.S.C. § 3161(h)(8)(A), for the all of the above stated factual reasons. The parties agree and

stipulate that the time between Thursday, February 21, 2008 and Thursday, April 3, 2008, can and will be excluded under the Speedy Trial Act for all the reasons stated herein.

Respectfully submitted,

McGREGOR W. SCOTT
UNITED STATES ATTORNEY

DATED: 2-20-078

/s/ MICHAEL BECKWITH   authorized by phone

_____
MICHAEL BECKWITH
ASSISTANT UNITED STATES ATTORNEY
ATTORNEYS FOR THE PLAINTIFF

DATED: 2-20-08

/s/ NED SMOCK authorized by phone

_____
NED SMOCK
ASSISTANT FEDERAL DEFENDER
ATTORNEY FOR DEFENDANT
THONG TRAN

DATED: 2-20-08          LAW OFFICES OF JAMES R. GREINER

/s/ JAMES R. GREINER

_____
JAMES R. GREINER
ATTORNEY FOR DEFENDANT
CHANPHENG SOUNDARA aka
SAYATHY KHAMSOUCK

**ORDER**

**FOR GOOD CAUSE SHOWN,  IT IS SO ORDERED.**

Dated:  February 21, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

4