**JAMES R. GREINER, ESQ.**
CALIFORNIA STATE BAR NUMBER 123357
**LAW OFFICES OF JAMES R. GREINER**
555 UNIVERSITY AVENUE, SUITE 290
SACRAMENTO, CALIFORNIA 95825
TELEPHONE: (916) 649-2006
FAX: (916) 920-7951

ATTORNEY FOR DEFENDANT
CHANPHENG SOUNDARA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 2:07-cr-00465-MCE |
| PLAINTIFF, ) | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE TO AUGUST 14, 2008 |
| v. ) | |
| CHANPHENG SOUNDARA, et al, , ) | |
| DEFENDANTS. ) | |
| _____ ) | |

Plaintiff, the United States of America, by its counsel, Assistant United States Attorneys, Mr. Michael Beckwith, and defendant, Thong Tran, represented by, Mr. Steven D. Bauer and defendant Chanpheng Soundara represented by Mr. James R. Greiner, hereby stipulate and agree that the status conference calendared for Thursday, July 24, 2008, at 9:00 a.m., before the Honorable United States District Court Judge, Morrison C. England, Jr., shall be continued to Thursday, August 14, 2008, at 9:00 a.m..

Ms. Stephaine Deutsch, the Court's courtroom deputy clerk, was contacted by counsel to check the proposed date and the date of Thursday, August 14, 2008, was open and available for the Court for a further status hearing date. No trial date has been set. The defendants are in custody.

1

## STATUS OF THE CASE TO DATE

On October 11, 2007, the government filed an Indictment against the two defendants, Chanpheng Soundara aka Sayathy Khamsouck and Thong Tran. In Count one (1) the government alleges that both defendants violated Title 21 U.S.C. section 846 and 841(a)(1), conspiracy to manufacture over 1,000 plants of marijuana. The government alleged Champheng Soundara aka Sayathy Khamsouck has a prior felony conviction for a drug offense which became final in Fresno County, California, in 2001.  In Count two (2) the government alleges that both defendants violated Title 21 U.S.C. section 841(a)(1) manufacturing over 1,000 plants of Marijuana. The government again alleged Champheng Soundara aka Sayathy Khamsouck has a prior felony conviction for a drug offense which became final in Fresno County, California, in 2001.

The potential penalties facing the defendants are as follows: On Count one for Chanpheng Soundara aka Sayathy Khamsouck  not less than 20 years to life imprisonment (due to the prior drug conviction) or not more than $8,000,000 fine or both and at least ten (10) years of supervised release. As to Thong Tran on count one (1) not less than ten (10) years to life imprisonment or not more than $4,000,000 fine or both and at least five (5) years of supervised release.  On count two for Chanpheng Soundara aka Sayathy Khamsouck  not less than 20 years to life imprisonment (due to the prior drug conviction) or not more than $8,000,000 fine or both and at least ten (10) years of supervised release. As to Thong Tran on count two not less than ten (10) years to life imprisonment or not more than $4,000,000 fine or both and at least five (5) years of supervised release. Each count has for each defendant a penalty assessment of $100.

The case has not been set for motions or for trial.

The defendants made their first appearance in magistrate court on November 9, 2007. (See Docket Entry #5) The case was then continued on two occasions (See

1  Docket Entries #s 14 and 17), and the defendants made their first appearance in
2  District Court on April 3, 2008. (See Docket Entry # 20) At that time, new counsel
3  for defendant Thong Tran was appointed as the attorney that was representing the
4  defendant out of the Federal Defender's Office had left the office. (See Docket Entry
5  #20 and 21).

6  The defendants next appeared in District Court on May 29, 2008. (See Docket
7  Entry # 23).

## DISCOVERY TO DATE

The government has provided discovery to the defense which indicates that the case is out of Butte County located north east of Yuba City and south west of Oroville in the Sierra Nevada Mountains. The clients both speak a language different than English which will require all of the discovery to be read by an interpreter. In addition, because of the difference in languages that counsel and the clients speak, there will be the need to educate the clients about the Federal criminal system including, but not limited to, the court process, what discovery means, the Federal rules of procedure and evidence, what the government has as evidence in the case, what the Federal Sentencing guidelines are and what they mean, what a jury trial is, what it means to attempt to negociate with the government, what a plea agreement is all about and what judgment and sentencing means in the Federal criminal system.

The government has produced a video tape of the area that allegedly has depictions of people at the alleged scene. The defense is in the process of reviewing that video tape and needs time to review it with their respective clients.

In addition, investigation is contining in this case.

Finally, all parties are working with due diligence to resolve this case short of setting a briefing schedule, and trial date, so that the Court's resources and the government's resources can be expended in other areas instead of this case. All sides are proceeding with reasonableness and good faith in this attempt to resolve the

1  matter. The additional time should prove beneficial.
2  ///

### SPEEDY TRIAL ACT-EXCLUSION OF TIME

The parties agree and stipulate the Court can find an exclusion of time from the Speedy Trial Act, Title 18 U.S.C. section 3161, et seq., based on the need for counsel for the defense to adequately and effectively have sufficient time to prepare the case, taking into account the exercise of due diligence and the need of counsel to have an interpreter at all times in this case to communicate with the respective clients pursuant to Title 18 U.S.C. section 3161(h)(8)(B)(ii) and Local Code T-4 for reasonable time necessary for effective preparation by counsel; the parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial, Title 18 U.S.C. § 3161(h)(8)(A), for the all of the above stated factual reasons. That exclusion is agreed to be from Thursday, July 24, 2008 to Thursday, August 14, 2008.

Defense counsel has discussed this with the government and the government agrees with the continuance and has confirmed this in several telephone conversations with defense counsel.

Respectfully submitted,

McGREGOR W. SCOTT
UNITED STATES ATTORNEY

DATED: 7-22-08

/s/ MICHAEL BECKWITH  authorized by phone

_____
MICHAEL BECKWITH
ASSISTANT UNITED STATES ATTORNEY
ATTORNEY FOR THE PLAINTIFF

DATED: 7-22-08

/s/ STEVEN D. BAUER authorized in person

_____
STEVEN D. BAUER
ATTORNEY FOR DEFENDANT
THONG TRAN

4

1  ///

2  ///

3

4  DATED: 7-22-08        LAW OFFICES OF JAMES R. GREINER

5                        /s/ JAMES R. GREINER
                         _____
6                        JAMES R. GREINER
                         ATTORNEY FOR DEFENDANT
7                        CHANPHENG SOUNDARA aka
                         SAYATHY KHAMSOUCK

8
                         **ORDER**
9

10      **FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

11   Dated: August 4, 2008

12
                         _____
13                       MORRISON C. ENGLAND, JR.
                         UNITED STATES DISTRICT JUDGE
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                    5