**JAMES R. GREINER, ESQ.**
CALIFORNIA STATE BAR NUMBER 123357
**LAW OFFICES OF JAMES R. GREINER**
555 UNIVERSITY AVENUE, SUITE 290
SACRAMENTO, CALIFORNIA 95825
TELEPHONE: (916) 649-2006
FAX: (916) 920-7951

ATTORNEY FOR DEFENDANT
CHANPHENG SOUNDARA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> PLAINTIFF, ) <br> ) <br> v. ) <br> ) <br> CHANPHENG SOUNDARA, et al, , ) <br> ) <br> DEFENDANTS. ) <br> ) <br> _____) | NO. 2:07-cr-00465-MCE <br><br> STIPULATION AND <br> ORDER TO CONTINUE JUDGMENT <br> AND SENTENCE TO <br> MAY 21, 2009 |

Plaintiff, the United States of America, by its counsel, Assistant United States Attorneys, Mr. Michael Beckwith, and defendant Chanpheng Soundara represented by Mr. James R. Greiner, hereby stipulate and agree that the Judgment and Sentencing set for Thursday, April 16, 2009, at 9:00 a.m., before the Honorable United States District Court Judge, Morrison C. England, Jr., shall be continued to Thursday, May 21, 2009, at 9:00 a.m..

Ms. Stephanie Duetsch, the Court's courtroom deputy clerk, was contacted by counsel to check the proposed date and the date of Thursday, May 21, 2009, was open and available for the Court. No exclusion of time is needed for the Judgment and Sentencing.

1

Respectfully submitted,

LAWRENCE G. BROWN
ACTING UNITED STATES ATTORNEY

DATED: 4-13-09

/s/ MICHAEL BECKWITH authorized By e mail
_____
MICHAEL BECKWITH
ASSISTANT UNITED STATES ATTORNEY
ATTORNEY FOR THE PLAINTIFF

DATED: 4-13-09        LAW OFFICES OF JAMES R. GREINER

/s/ JAMES R. GREINER
_____
JAMES R. GREINER
ATTORNEY FOR DEFENDANT
CHANPHENG SOUNDARA aka
SAYATHY KHAMSOUCK

**ORDER**

**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

Dated: April 16, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE