McGREGOR W. SCOTT
United States Attorney
JASON HITT
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:07-CR-0465 MCE |
|---|---|
| Plaintiff, | GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE AND ORDER GRANTING EARLY TERMINATION OF SUPERVISED RELEASE |
| v. | |
| CHANPHENG SOUNDARA, | |
| Defendant. | |

The United States, by and through Assistant United States Attorney Jason Hitt, respectfully submits this response to the motion for early termination of supervised release submitted by defendant Chanpheng Soundara. Docket No. 77. After consulting with Probation Officer Nicole L. Wright, the United States does not oppose the defendant's request to terminate his term of supervised release. A proposed order granting the defendant's motion is included with this pleading.

On February 5, 2009, the defendant entered a guilty plea to Count One of the Indictment pursuant to a written plea agreement. PSR ¶ 1; Docket No. 36. Count One charged him with Conspiracy to Manufacture over 1,000 Marijuana Plants in violation of 21 U.S.C. §§ 846, 841(a)(1). PSR ¶ 1. In his plea agreement, the defendant acknowledged he was subject to a 10-year mandatory minimum. Docket No. 36, Plea Agreement, at 8: lines 1-3.

This Court held a sentencing hearing on June 11, 2009. Docket No. 47. Prior to sentencing, the Probation Office prepared a Presentence Investigation Report ("PSR"). The PSR described the offense

conduct and offender characteristics. PSR ¶¶ 8-14, 28-38. The Probation Officer found that a 10-year mandatory minimum applied to Count One. PSR ¶¶ 52-53. The defendant did not qualify for the safety valve because he scored as a Criminal History Category VI. PSR ¶ 38; see U.S.S.G. § 5C1.2(a)(1) (excluding safety valve provisions for any defendant with more than one criminal history point). The Probation Officer determined that the defendant was responsible for 1,144 marijuana plants, resulting in a Base Offense Level of 26. PSR ¶ 19. After a three-level reduction for acceptance of responsibility, the Total Offense Level was 23, Criminal History Category VI, and a resulting guideline range of 92 to 115 months in prison, but the mandatory minimum of 120 months became the low-end of his guideline range. PSR ¶ 53.

At sentencing, the Court found the Offense Level was 23, Criminal History Category VI, and a guideline range of 120 months. Docket No. 48; J&C Order, Statement of Reasons, page 1. The Court imposed a total sentence of 120 months in prison, the mandatory minimum sentence for Count One. Docket No. 48; J&C Order, at 2.

According to the Probation Office, since the commencement of the defendant's supervised release in July 2016, he has not suffered any violations. In addition, all of his drug test results have been negative. He has not had any new arrest or convictions. The defendant is 59-years old and appears on his way to successfully reintegrating into his community. The defendant is using his time after prison to be a grandparent, parent, and husband. He has a stable residence. Finally, the defendant did not receive any aggravated role adjustment in the offense of conviction and has no history of violence. He has no recent arrests or convictions nor ongoing pattern of criminal conduct. He has no recent nor past history of alcohol or drug abuse, nor any history of psychiatric episodes. In sum, he presents no risk to an identifiable victim or a known public safety risk. At this time, he has served at least half of his supervised release term.

Given these exceptional circumstances, the United States agrees that the interest of justice and the defendant's conduct in maintaining gainful employment, securing stable housing, and supporting his family warrant early termination of supervised release pursuant to 18 U.S.C. § 3583(e)(1).

On December 7, 2018, Probation Officer Wright confirmed that she has no basis to oppose the defendant's request for early termination of his supervised release.

McGREGOR W. SCOTT
United States Attorney

Dated: December 7, 2018

/s/ Jason Hitt
JASON HITT
Assistant United States Attorney

**ORDER**

For the reasons set forth in the defendant's motion and the government's response, pursuant to 18 U.S.C. § 3583(e)(1), and good cause appearing, defendant's term of supervised release is TERMINATED.

IT IS SO ORDERED.

Dated: December 29, 2018

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE